Receipt Number
554735

6

## UNITED STATE OF DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

MICHAEL HIRSCH,

      Plaintiff,

v.

AZ AUTOMOTIVE CORP.,
a Delaware corporation,

      Defendant.

Case: 2:07-cv-10887
Assigned To: Cohn, Avern
Referral Judge: Morgan, Virginia M
Filed: 02-28-2007 At 01:46 PM
CMP HIRSCH V. AZ AUTOMOTIVE CORP (T AM)

---

**Ralph J. Sirlin (P24635)**
**REOSTI, JAMES & SIRLIN, P.C.**
Attorneys for Plaintiff
23880 Woodward Avenue
Pleasant Ridge, Michigan 48069
(248) 691-4200

## COMPLAINT AND JURY DEMAND

Plaintiff, by his attorneys, REOSTI, JAMES & SIRLIN, P.C., complains against Defendant AZ Automotive Corp. as follows:

### Parties, Jurisdiction and Venue

1. Plaintiff, Michael Hirsch, (hereinafter "Plaintiff"), is a resident of Warren, Michigan. He was born on February 16, 1949.

2. Plaintiff's last day worked was February 24, 2006. At that time, Plaintiff was employed by Defendant AZ Automotive Corp. (hereinafter "Defendant") in Centerline, Michigan.

3. Defendant is a Delaware corporation with its principle place of business in Centerline, Michigan.

3. The acts complained of took place within the jurisdiction of the Eastern District of Michigan, Southern Division.

4. The amount in controversy exceeds Seventy-Five Thousand ($75,000) Dollars.

5. This Court has jurisdiction over the subject matter of this Complaint pursuant to the Age Discrimination in Employment Act (ADEA), 29 U.S.C. 621, *et seq*, and has pendant jurisdiction under the Michigan Elliot-Larsen Civil Rights Act, MCLA 37.2101, *et seq*. (ELRCA).

6. Plaintiff has satisfied all conditions precedent to the filing of this lawsuit in that Plaintiff filed a charge with the Equal Employment Opportunity Commission (EEOC), which, having investigated Plaintiff's charge and issued a Notice of Right to Sue letter dated December 26, 2006.

## FACTUAL BACKGROUND

7. Plaintiff was hired as a die maker. Plaintiff remained in this classification until April 2, 1999. At that time, Plaintiff was reassigned to a Tryout/ Troubleshooter die maker.

8. On February 2, 2006, Plaintiff was removed from the Tryout/Troubleshooter classification and reassigned to the die maker classification.

9. At the time of Plaintiff's reclassification, he had the second highest seniority among the die maker Tryout Troubleshooters.

10. Younger die maker Tryout Troubleshooters with less seniority were not reclassified as die makers.

11. On February 24, 2006, Defendant laid off die makers including the Plaintiff.

12. The Defendant reclassified Plaintiff so that he would be laid off instead of younger less qualified die maker Tryout Troubleshooters with less seniority.

## COUNT 1 – VIOLATION OF THE ADEA AND THE ELCRA

13. Plaintiff incorporates by reference paragraphs 1 through 12 of his Complaint.

14. Defendant's action in reclassifying Plaintiff so that he would be subject to a layoff was due, to a material extent, to Plaintiff's age in violation of the ADEA and the Michigan ELCRA.

## PENDENT JURISDICTION

15. Plaintiff claims based on state law arise out the same facts as his federal claims. Plaintiff requests this Court to take pendent jurisdiction of Plaintiff's state tort claims.

## DAMAGES

16. The actions of Defendant described above have caused and will continue to cause Plaintiff the loss of wages, fringe benefits and have caused severe mental and emotional distress, which distress will continue in the future.

WHEREFORE, Plaintiff demands judgment in an amount in excess of $75,000 adequate to compensate him for his economic and non-economic damages, punitive damages and actual attorney fees and costs. Plaintiff also requests whatever equitable and further relief he may be entitled to.

Respectfully submitted,

REOSTI, JAMES & SIRLIN, P.C.

Ralph J. Sirlin (P24635)
Attorneys for Plaintiff
23880 Woodward Avenue
Pleasant Ridge, Michigan 48069
(248) 691-4200

Date: February 26, 2007

3

## JURY DAMND

Plaintiff hereby demands a jury of his peers within the above-cause.

Respectfully submitted,

REOSTI, JAMES & SIRLIN, P.C.

_____
Ralph J. Sirlin (P24635)
Attorneys for Plaintiff
23880 Woodward Avenue
Pleasant Ridge, Michigan 48069
(248) 691-4200

Date: February 26, 2007

4

JS 44 11/99   **CIVIL COVER SHEET**   COUNTY IN WHICH THIS ACTION AROSE: MACOMB

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I. (a) PLAINTIFFS**
MICHAEL HIRSCH

**DEFENDANTS**
AZ AUTOMOTIVE CORP.

(b) County of Residence of First Listed: MACOMB

County of Residence of First Listed: MACOMB
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorneys (Name, Address and Telephone Number)
RALPH J. SIRLIN (P24635)
23880 Woodward Avenue
Pleasant Ridge, MI 48069
(248) 691-4200

Attorneys (If Known)
Case: 2:07-cv-10887
Assigned To: Cohn, Avern
Referral Judge: Morgan, Virginia M
Filed: 02-28-2007 At 01:46 PM
CMP HIRSCH V. AZ AUTOMOTIVE CORP (T AM)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP** (For Diversity)

| | PLA | DEF | | PLA | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal of Business in This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business in Another State | ☐ 5 | ☐ |
| Citizen or Subject of Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment and Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

TORTS — PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel And Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

TORTS — PERSONAL INJURY
- ☐ 362 Personal Injury—Med. Malpractice
- ☐ 365 Personal Injury—Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☒ 440 Other Civil Rights

440

PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21:881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
29 U.S.C. 621, et seq (Age Discrimination); MCLA 37.2101, et seq. (ELCRA)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
$ DEMAND Greater than $75,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 2/26/07    SIGNATURE OF ATTORNEY OF RECORD

# PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?     ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes: