UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL HIRSCH,

      Plaintiff(s),

Case No.07-10887

HONORABLE AVERN COHN

v.

AZ AUTOMOTIVE CORP.,

      Defendant(s).
_____/

## JUDGMENT

For the reasons stated in the Court's Memorandum and Order Granting Defendant's Motion for Summary Judgment entered and filed on this date, judgment is entered in favor of the Defendant and the case is DISMISSED.

DAVID WEAVER

Dated: January 10, 2008    By: s/ Julie Owens
                                          Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, January 10, 2008, by electronic and/or ordinary mail.

                                          s/Julie Owens
                                          Case Manager, (313) 234-5160